|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>FIVE (5) VERIZON WIRELESS CARDS VALUED AT $500.00 IN U.S. CURRENCY, and NINETEEN (19) AMEX BUSINESS GIFT CARDS VALUED AT $39,052.06 IN U.S. CURRENCY,<br><br>Defendants. | NO. C16-0373<br><br>**COMPLAINT FOR FORFEITURE *IN REM*** |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COMES NOW, the United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Matthew H. Thomas, Assistant United States Attorney for said District, and alleges:

1. This is a Complaint for seizure and forfeiture of Five (5) Verizon Wireless Cards Valued at $500.00 in U.S. Currency, and Nineteen (19) Amex Business Gift Cards Valued at $39,052.06 in U.S. Currency, seized from Maziar Rezakhani's storage unit located at 688 110th Avenue, NE, Unit #S-3301, Bellevue, Washington, (hereinafter, "the defendant property"), brought pursuant to Title 18, United States Code, Section 981(a)(1)(C), as proceeds of violation of Title 18, United States Code, Section 1344 (Bank Fraud).

U.S. v. Five (5) Verizon Wireless Cards Valued at $500.00, *et al.*
COMPLAINT FOR FORFEITURE *IN REM* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1          2.      This Court has jurisdiction over this action pursuant to Title 28,
2  United States Code, Sections 1345 and 1355.
3          3.      This Court has venue pursuant to Title 28, United States Code,
4  Section 1395.
5          4.      The defendant property as described above is now in the jurisdiction of this
6  Court.
7          5.      Additional facts supporting the forfeiture of the defendant property are set
8  forth in the attached Affidavit of Internal Revenue Service (IRS) Special Agent Roberto
9  A. Ustaris, which is attached as Exhibit A and incorporated as if fully set forth in this
10 Complaint.
11         6.      By reason of the foregoing, the United States alleges that the defendant
12 property is subject to forfeiture pursuant to Title 18, United States Code,
13 Section 981(a)(1)(C), as proceeds of violations of Title 18, United States Code,
14 Section 1344 (Bank Fraud).
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

U.S. v. Five (5) Verizon Wireless Cards Valued at $500.00, *et al.*
COMPLAINT FOR FORFEITURE *IN REM* - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | WHEREFORE, the United States requests that due process issue to enforce the |
| 2 | forfeiture of the defendant property, that due notice be given to all interested persons to |
| 3 | appear and show cause why forfeiture of the defendant property should not be decreed, |
| 4 | that the defendant property be condemned as forfeited to the United States to be disposed |
| 5 | of according to law, and for such other and further relief as the Court may deem just and |
| 6 | proper. |

DATED this 11th day of March, 2016.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/Matthew H. Thomas*
MATTHEW H. THOMAS
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Telephone: (253) 428-3800
Fax: (253) 428-3836
Email: Matthew.Thomas@usdoj.gov

*Attorney for Plaintiff United States*

U.S. v. Five (5) Verizon Wireless Cards Valued at $500.00, *et al.*
COMPLAINT FOR FORFEITURE *IN REM* - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## VERIFICATION OF COMPLAINT

STATE OF WASHINGTON )
) ss
COUNTY OF SNOHOMISH )

I, Roberto A. Ustaris, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

I am a Special Agent with the United States Department of treasury, Internal Revenue Service, Criminal Investigation, and am assigned to this case. I have read the attached Complaint and know the contents thereof; I have furnished the information contained in the Complaint based upon my own investigation and that of other reliable official Government sources; and, based on this information; I believe that the allegations contained in the Complaint are true.

*[signature]*
ROBERTO A. USTARIS, Special Agent
Internal Revenue Service
Criminal Investigation

SUBSCRIBED and SWORN to before me this 11th day of March, 2016, by IRS Special Agent Robert A. Ustaris.

*[signature]* Donald F Lowell
Print: Daniel P Lowell
Notary Public in and for the
State of Washington, residing
at Everett, WA
Expires: 12/01/2019

Notary Public
State of Washington
DANIEL F LOWELL
My Appointment Expires Dec 1, 2019

U.S. v. Five (5) Verizon Wireless Cards Valued at $500.00, et al.
COMPLAINT FOR FORFEITURE IN REM - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970