Judge Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FIVE (5) VERIZON WIRELESS CARDS VALUED AT $500.00 IN U.S. CURRENCY, and NINETEEN (19) AMEX BUSINESS GIFT CARDS VALUED AT $39,052.06 IN U.S. CURRENCY,<br><br>Defendants. | No. 2:16-CV-373-RSL<br><br>**STIPULATED SETTLEMENT AGREEMENT** |

IT IS HEREBY STIPULATED between the United States, by and through its undersigned counsel, and *pro se* Clamaint Maziar Rezakhani ("Claimant") to compromise and settle Claimant's claim of interest to the following property:

a. $500.00 in U.S. Currency; and

b. Nineteen (19) Amex Business Gift Cards Valued at $39,052.06 in U.S. Currency, seized from Maziar Rezakhani, at 688 110th Avenue, NE, Unit #S-3301, Bellevue, Washington.

(hereinafter refered to as "defendant property.") Pursuant to the following terms:

SETTLEMENT AGREEMENT
U.S. v. Five (5) Verizon Wireless cards, et al.
Case No. 3:16-CV-373-RSL                 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. Claimant stipulates and agrees that the above listed defendant property constitutes proceeds of bank fraud, in violation of 18 U.S.C. § 1344, and thus is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).
2. Accordingly, Claimant hereby agrees to withdraw his claim and waive any interest he may have in the defendant property.
3. Claimant agrees to release and hold harmless the United States, the United States Department of Justice, the United States Department of Treasury, and any and all agents, servants, and employees of the United States and its agencies, acting in their individual or official capacities, from any and all claims by Claimant and/or his representatives, agents, heirs, successors, and assigns, which currently exist or which may arise as a result of the search and seizure of the defendant property, and/or forfeiture action involving the defendant property.
4. Claimant agrees that this Agreement shall constitute full settlement and satisfaction of any and all claims by Claimant to the defendant property resulting from the incidents or circumstances giving rise to this action.
5. Each party to this Agreement agrees to bear its own costs and attorney's fees.

//
//
//

SETTLEMENT AGREEMENT
U.S. v. Five (5) Verizon Wireless cards, et al.
Case No. 3:16-CV-373-RSL                                2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

6. The terms of this Agreement shall be subject to approval by the United States District Court for the Western District of Washington, and the Court shall retain such jurisdiction to enforce those terms.

Respectfully Submitted,

ANNETTE L. HAYES
United States Attorney

DATED: 21 August 2017

*(signature)*

MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402-4383
Telephone: (253) 428-3800
Fax: (253) 428-3826

DATED: 8/20/17

*(signature)*

MAZIAR REZAKHANI, Claimant, *Pro Se*
45308-086
Seatac-Federal Detention Center Inmate
Mail/Parcels
P.O. Box 13900
Seattle, WA 98198

SETTLEMENT AGREEMENT
U.S. v. Five (5) Verizon Wireless cards, et al.
Case No. 3:16-CV-373-RSL                      3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **ORDER**

Based upon the foregoing stipulation of the parties, this Stipulated Settlement Agreement is hereby APPROVED.

DATED this __24th__ day of __Aug.__, 2017.

_/s/ Robert S. Lasnik_
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

SETTLEMENT AGREEMENT
U.S. v. Five (5) Verizon Wireless cards, et al.
Case No. 3:16-CV-373-RSL                    4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970